**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  DAVID ERIC GLASER           ) Chapter 13
        LYNN ELIZABETH GLASER    )
                                                 )
           Debtors,                         ) Case No. 17-16213-ref

## CERTIFICATE OF SERVICE

I, Susan L. Bennett, Paralegal to Thomas L. Lighnter, Esquire, Debtors' attorney, hereby certify that I served a true and correct copy of Debtors' Amended Schedules I & J and the Debtors' First Amended Chapter 13 Plan, upon the following persons by first-class mail, postage prepaid and/or electronic mail on the 8th day of June, 2018:

Frederick L. Reigle, Esquire                    Mr. David Eric Glaser
Chapter 13 Trustee                             Mrs. Lynn E. Glaser
2901 St Lawrence Ave.                     7495 Camp Meeting Rd.
PO Box 4010                                     New Tripoli, PA 18066
Reading, PA  19606

United States Trustee's Office
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

ALL CREDITORS AS THEY APPEAR ON THE MAILING MATRIX FILED IN THIS CASE.

Dated:  June 8, 2018            By:   /s/ Susan L. Bennett
                                                  Susan L. Bennett, Paralegal to
                                                  Thomas L. Lightner, Esquire
                                                  Attorney for Debtors
                                                  Lightner Law Offices, P.C.
                                                  4652 Hamilton Boulevard
                                                  Allentown PA 18103