## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | David Eric Glaser | : CHAPTER 13 |
| | Lynn Elizabeth Glaser | : |
| | | : No. 17-16213-ref |
| | Debtors | : |

### CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

NOW, this 13th day of July, 2018, Thomas L. Lighter, Esquire, Attorney for Debtors in the above-captioned bankruptcy proceeding, certifies as follows:

1. On June 8, 2018, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for the Debtors.

2. Notice was served on the Office of the Standing Chapter 13 Trustee and the U.S. Trustee and all parties in interest as previously certified on June 8, 2018.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

**WHEREFORE,** Thomas L. Lightner, Esquire, Attorney for Debtors, requests this Honorable Court enter the Order which was attached to the Motion.

Date:  July 13, 2018                      LIGHTNER LAW OFFICES, PC

                                          BY:    /s/Thomas L. Lightner
                                                 THOMAS L. LIGHTNER, ESQUIRE
                                                 Counsel for Debtors
                                                 #65841
                                                 4652 Hamilton Blvd.
                                                 Allentown, PA  18103
                                                 (610) 530-9300 – phone
                                                 (610) 530-9310 – fax