**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | **David Eric Glaser** | : CHAPTER 13 |
| | **Lynn Elizabeth Glaser** | : |
| | | : No. 17-16213-ref |
| | **Debtors** | : |

## ORDER APPROVING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO COUNSEL FOR DEBTORS

NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and reimbursement of expenses and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by the counsel for the Debtors, Thomas L. Lightner, Esquire, in the amount of **THREE THOUSAND and xx/100 Dollars ($3,000.00)** and reimbursable expenses of **THREE HUNDRED EIGHTY-NINE DOLLARS AND 92/100 ($389.92)**, of which **ONE THOUSAND FIVE HUNDRED and xx/100 Dollars ($1,500.00)** has been paid and **ONE THOUSAND EIGHT HUNDRED EIGHTY-NINE and 92/100 Dollars ($1,889.92)** is to be paid and the same is hereby approved.

Dated:                                                                                    BY THE COURT:

**Date: August 10, 2018**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE