United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Eric Glaser  
Lynn Elizabeth Glaser  
    Debtors

Case No. 17-16213-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Aug 09, 2018  
    Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.  
db/jdb    +David Eric Glaser,   Lynn Elizabeth Glaser,   7495 Camp Meeting Rd.,  
      New Tripoli, PA 18066-3811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:  
    DAVID   NEEREN   on behalf of Creditor   CIT Bank, N.A. dneeren@udren.com, vbarber@udren.com  
    MORRIS   ANTHONY SCOTT   on behalf of Creditor   LoanCare, LLC on behalf of CIT Bank, N.A. mscott@udren.com  
    REBECCA ANN SOLARZ   on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ   on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana Trust et al... bkgroup@kmllawgroup.com  
    ROLANDO   RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
    THOMAS L. LIGHTNER   on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
    THOMAS L. LIGHTNER   on behalf of Debtor David Eric Glaser tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
    THOMAS L. LIGHTNER   on behalf of Joint Debtor Lynn Elizabeth Glaser tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
    THOMAS L. LIGHTNER   on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
    TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David Eric Glaser and Lynn Elizabeth Glaser

    Debtor(s)                    Chapter: 13
                                      Bankruptcy No: 17−16213−ref

_____

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this August 9, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                     Richard E. Fehling
                                                     Chief Judge ,
                                                     United States Bankruptcy Court

                                                                      36
                                                      Form 155