United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-16213-ref
David Eric Glaser                                                    Chapter 13
Lynn Elizabeth Glaser
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv          Page 1 of 1          Date Rcvd: Aug 10, 2018
                             Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db/jdb          +David Eric Glaser,    Lynn Elizabeth Glaser,    7495 Camp Meeting Rd.,
                 New Tripoli, PA 18066-3811
cr              +CIT Bank, N.A.,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr               ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2018 02:20:29     Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
              DAVID  NEEREN   on behalf of Creditor   CIT Bank, N.A. dneeren@udren.com,  vbarber@udren.com
              MORRIS ANTHONY SCOTT   on behalf of Creditor   LoanCare, LLC on behalf of CIT Bank, N.A.
               mscott@udren.com
              REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust et al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ   on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ   on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS L. LIGHTNER   on behalf of Joint Debtor Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER   on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER   on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER   on behalf of Debtor David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                     TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   **David Eric Glaser**    : **CHAPTER 13**
         **Lynn Elizabeth Glaser**  :
                                     : **No. 17-16213-ref**
         **Debtors**                :

## ORDER APPROVING COMPENSATION AND
## REIMBURSEMENT OF EXPENSES TO COUNSEL FOR DEBTORS

NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and reimbursement of expenses and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by the counsel for the Debtors, Thomas L. Lightner, Esquire, in the amount of **THREE THOUSAND and xx/100 Dollars ($3,000.00)** and reimbursable expenses of **THREE HUNDRED EIGHTY-NINE DOLLARS AND 92/100 ($389.92)**, of which **ONE THOUSAND FIVE HUNDRED and xx/100 Dollars ($1,500.00)** has been paid and **ONE THOUSAND EIGHT HUNDRED EIGHTY-NINE and 92/100 Dollars ($1,889.92)** is to be paid and the same is hereby approved.

Dated:                                    BY THE COURT:

**Date: August 10, 2018**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE