## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

**DAVID ERIC GLASER**  ) Chapter 13
**LYNN ELIZABETH GLASER**  )
) No. 17-16213-ref
**Debtors**  )

## CERTIFICATE OF NO RESPONSE

I, THOMAS L. LIGHTNER, Esquire, attorney for the above Debtors, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to the **Debtors' Motion to Modify Chapter 13 Plan Post-Confirmation**. I further certify that the same was served together with the Notice and propose Order by first class mail or electronic mail on March 20, 2019, to all creditors, the Chapter 13 Trustee and the U.S. Trustee and parties in interest.

Date:  April 17, 2019            /s/ Thomas L. Lightner
                                 THOMAS L. LIGHTNER, Esquire
                                 Attorney ID #65841
                                 Attorney for Debtors