## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | |
|---|---|
| **DAVID ERIC GLASER** | ) Chapter 13 |
| **LYNN ELIZABETH GLASER** | ) |
| | ) No. 17-16213-ref |
| **Debtors** | ) |

### ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan Post-Confirmation Under 11 U.S. Code §§ 1229 and 1329 (the "Motion"), service thereof and opportunity for hearing thereon, it is hereby

ORDERED and DECREED that the Debtors are granted permission to Modify Chapter 13 Plan to provide for the following:

(a) cure the Plan arrearage to the trustee;

(b) change the Base Plan from $23,750.02 to $23,950.00 and the monthly Plan payment amount from $427.24 to $495.00 for forty-one (41) months with one (1) final payment of $412.50;

(c) provide for counsel fees in the sum of $750.00 in connection with the Trustee's motion to dismiss and the filing of the motion to modify plan and modified Plan.

IT IS FURTHER ORDERED that Debtors' Second Amended Chapter 13 Plan, attached as Exhibit A to Debtors' Motion to Modify Plan, is hereby APPROVED.

BY THE COURT:

**Date: April 22, 2019**

_____
J.

Copies to:
Thomas L. Lightner, Esquire
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
PO Box 4010
Reading, PA 19606

Mr. David E. Glaser
Mrs. Lynn E. Glaser
7495 Camp Meeting Road
New Tripoli, PA 18066

U.S. Trustee's Office
833 Chestnut St., Suite 500
Philadelphia, PA 19107