United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Eric Glaser  
Lynn Elizabeth Glaser  
      Debtors

Case No. 17-16213-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Apr 23, 2019  
                   Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
```
db/jdb         +David Eric Glaser,    Lynn Elizabeth Glaser,    7495 Camp Meeting Rd.,
                 New Tripoli, PA 18066-3811
cr             +CIT Bank, N.A.,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr              ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 24 2019 02:18:14      Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor   LoanCare, LLC on behalf of CIT Bank, N.A.
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              DAVID   NEEREN    on behalf of Creditor   CIT Bank, N.A. dneeren@udren.com,   vbarber@udren.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor   LoanCare, LLC on behalf of CIT Bank, N.A.
               mscott@udren.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust et al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Debtor David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Joint Debtor Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | |
|---|---|
| **DAVID ERIC GLASER** ) | Chapter 13 |
| **LYNN ELIZABETH GLASER** ) | |
| ) | No. 17-16213-ref |
| **Debtors** ) | |

### ORDER

    AND NOW, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan Post-Confirmation Under 11 U.S. Code §§ 1229 and 1329 (the "Motion"), service thereof and opportunity for hearing thereon, it is hereby

ORDERED and DECREED that the Debtors are granted permission to Modify Chapter 13 Plan to provide for the following:

    (a)    cure the Plan arrearage to the trustee;

    (b)    change the Base Plan from $23,750.02 to $23,950.00 and the monthly Plan payment amount from $427.24 to $495.00 for forty-one (41) months with one (1) final payment of $412.50;

    (c)    provide for counsel fees in the sum of $750.00 in connection with the Trustee's motion to dismiss and the filing of the motion to modify plan and modified Plan.

    IT IS FURTHER ORDERED that Debtors' Second Amended Chapter 13 Plan, attached as Exhibit A to Debtors' Motion to Modify Plan, is hereby APPROVED.

BY THE COURT:

**Date: April 22, 2019**

_____
J.

Copies to:

Thomas L. Lightner, Esquire
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
PO Box 4010
Reading, PA 19606

Mr. David E. Glaser
Mrs. Lynn E. Glaser
7495 Camp Meeting Road
New Tripoli, PA 18066

U.S. Trustee's Office
833 Chestnut St., Suite 500
Philadelphia, PA 19107