## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     DAVID ERIC GLASER           ) No. 17-16213-ref
           LYNN ELIZABETH GLASER       )
                Debtors                ) Chapter 13

### NOTICE OF CONVERSION OF
### CHAPTER 13 CASE TO CHAPTER 7 CASE
### PURSUANT TO 11 U.S.C. SECTION 1307(a)

Notice is given that the Debtors, David Eric Glaser and Lynn Elizabeth Glaser, hereby converts their Chapter 13 case to a case under chapter 7 of Title 11 of the United States Code.

                                        Respectfully submitted,

Dated:  May 16, 2019                    /s/ Thomas L. Lightner, Esquire
                                        Thomas L. Lightner, Esquire
                                        Attorney for Debtors
                                        Lightner Law Offices, P.C.
                                        4652 Hamilton Blvd.
                                        Allentown, PA 18103
                                        610-530-9300 – phone
                                        610-530-9310 - fax