**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   David Eric Glaser
        Lynn Elizabeth Glaser                                        Case No.  17-16213
                                              Debtor(s)              Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                     $   725.00
   Prior to the filing of this statement I have received           $   725.00
   Balance Due                                                     $     0.00

2. $ 25.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **THIS FEE INCLUDES FILING A COMPLAINT TO DETERMINE SECURED STATUS OF THE SECOND MORTGAGE LIEN AND NEGOTIATION OF SETTLEMENT. THE FEE EXCLUDES ANY REPRESENTATION AT HEARINGS OR MOTIONS, BRIEFS, ETC. THAT MAY BE REQUIRED IF ACTION BECOMES CONTESTED.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **THIS FEE AGREEMENT SPECIFICALLY EXCLUDES INVOLVEMENT AND/OR REPRESENTATION REGARDING REAFFIRMATIONS, ADVERSARY PROCEEDINGS, MOTIONS AND NEGOTIATIONS**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| May 16, 2019 | /s/ Thomas L. Lightner, Esquire |
| --- | --- |
| Date | Thomas L. Lightner, Esquire 65841 |
|  | *Signature of Attorney* |
|  | Lightner Law Offices, PC |
|  | 4652 Hamilton Boulevard |
|  | Allentown, PA 18103 |
|  | 610-530-9300   Fax: 610-530-9310 |
|  | tlightner@lightnerlaw.com |
|  | *Name of law firm* |