United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16213-ref
David Eric Glaser                                                         Chapter 7
Lynn Elizabeth Glaser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2           Date Rcvd: May 17, 2019
                              Form ID: 210U          Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
```
db/jdb        +David Eric Glaser,    Lynn Elizabeth Glaser,    7495 Camp Meeting Rd.,
                New Tripoli, PA 18066-3811
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +CIT Bank, N.A.,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
13982455      +Advanced Recovery Systems,    PO Box 80766,    Valley Forge, PA 19484-0766
13982456      +American Education Services/PHEAA,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13982458      +Barbara L. Baldo PC,    4620 Kathi Dr.,    Bethlehem, PA 18017-8701
13982461      +Blue Ridge Communications,    241 Lehigh Gap St.,    Walnutport, PA 18088-1239
13982465      +CIT Bank,    PO Box 4045,    Kalamazoo, MI 49003-4045
13989924      +CIT Bank, N.A.,    c/o Udren Law Offices, P.C.,    111 Woodcrest Road,
                Cherry Hill, NJ 08003-3620
14022851      +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                Addison, Texas 75001-9013
13982464      +Cetronia Ambulance,    4300 Broadway,    Allentown, PA 18104-5296
13982466      +Commonwealth of Pennsylvania,    County of Lehigh/Criminal Division,    Lehigh County Courthouse,
                455 Hamilton St.,    Allentown, PA 18101-1614
14127894       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13982470      +EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
13982471      +Health Network Laboratories,    PO Box 8500,    Lockbox 9581,    Philadelphia, PA 19178-0001
13982473      +IC Systems,    PO Box 64437,    Saint Paul, MN 55164-0437
13982474      +Lehigh Carbon Community College,    C/O Eastern Revenue Inc.,    PO Box 185,
                Southeastern, PA 19399-0185
13982475      +Lehigh County Authority,    PO Box 3210,    Allentown, PA 18106-0210
13982476       Lehigh County Authority,    P.O.Box 3348,    Allentown, PA 18106-0348
13982477      +Lehigh Valley Center for Sight,    1739 W. Fairmont St.,    Allentown, PA 18104-3117
14101902      +LoanCare, LLC on behalf of CIT Bank, N.A.,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
13982478      +Mohammad K. Khan,    4949 LIberty Lane, Ste 321,    Allentown, PA 18106-9014
13982479      +National General Insurance,    Po Box 3199,    Winston Salem, NC 27102-3199
13982480      +Northern Valley Emergency Medical Svcs,    PO Box 90,    Danville, PA 17821-0090
13982481      +PA Turnpike,    PO Box 67676,    Harrisburg, PA 17106-7676
14003831      +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13982483      +PPL Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
13982482      +Parkland Community Library,    4422 Walbert Avenue,    Allentown, PA 18104-1619
13982484      +Professional Account Management,    PO Box 430,    Milwaukee, WI 53201-0430
13982485      +Progressive Advanced Insurance,    PO Box 31260,    Tampa, FL 33631-3260
13982486      +Progressive Physician Associates,    1736 Hamilton St.,    Allentown, PA 18104-5656
13982487      +RCN,    100 Baltimore Drive,    Wilkes Barre, PA 18702-7955
13982488      +Resurgent Capital Services,    PO Box 510090,    Livonia, MI 48151-6090
13982489      +Reuben Bachman Fuel Oil,    5823 Bachman Rd.,    Germansville, PA 18053-2449
13982490      +Ruth Miller Notary Public,    6158 Rte 309,    Germansville, PA 18053-2157
13982492      +SPS,    PO Box 742536,    Cincinnati, OH 45274-2536
13982491      +Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13982493      +St. Luke's Emergency Physician Specialis,    P.O. Box 5386,    Bethlehem, PA 18015-0386
13982494       St. Lukes,    800 Ostrum St.,    Allentown, PA 18105
14027683      +Thomas L. Lightner, Esquire,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
                Allentown, PA 18103-6021
13982495      +Udren Law Offices P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Sutie 200,
                Cherry Hill, NJ 08003-3620
13982496      +Verizon,    c/o Trident Asset Management,    53 Perimeter Ctr E 440,    Atlanta, GA 30346-2230
13982498      +Wells Fargo,    PO Box 5058,    Portland, OR 97208-5058
13989441      +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2019 02:28:37
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 18 2019 02:29:07     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2019 02:41:52      Orion (VERIZON),
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13982457       E-mail/Text: ebn@americollect.com May 18 2019 02:29:00     Americollect,    PO Box 1690,
                Manitowoc, WI 54221
13982459      +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 18 2019 02:29:38
                Berks Credit & Collections,    PO Box 329,    Temple, PA 19560-0329
13982460      +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 18 2019 02:29:38
                Berks Credit Collections,    PO Box 329,    Temple, PA 19560-0329
```

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: May 17, 2019
                              Form ID: 210U          Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13982463       +E-mail/Text: compliance@contractcallers.com May 18 2019 02:29:38      CCI,
                 501 Green St. STE 302,    Augusta, GA 30901-4415
13982462       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 18 2019 02:42:31      Capital One,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
13982468       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 18 2019 02:29:33
                 Credit Collection Services,    725 Canton street,    Norwood, MA 02062-2679
13982467       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 18 2019 02:29:33
                 Credit Collection Services,    P.O. Box 607,    Norwood, MA 02062-0607
13982469       +E-mail/PDF: creditonebknotifications@resurgent.com May 18 2019 02:41:56      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
13982472       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 18 2019 02:28:27      HSN,    PO Box 659707,
                 San Antonio, TX 78265-9707
14051825        E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2019 02:43:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14011831        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2019 02:42:31
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13983358       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2019 02:41:52
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14052399        E-mail/Text: bnc-quantum@quantum3group.com May 18 2019 02:28:28
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13982497       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 18 2019 02:28:16
                 Verizon Wireless,    140 W St.,   New York, NY 10007-2123
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ECMC,   P.O. BOX   16408,   ST. PAUL, MN   55116-0408
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor   LoanCare, LLC on behalf of CIT Bank, N.A.
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              DAVID   NEEREN    on behalf of Creditor    CIT Bank, N.A. dneeren@udren.com,    vbarber@udren.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
               mscott@udren.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust et al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,    ecf_frpa@trustee13.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              THOMAS L. LIGHTNER    on behalf of Debtor David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Joint Debtor Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: David Eric Glaser and Lynn Elizabeth Glaser    Case No: 17−16213−ref

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 5/17/19

For The Court

Timothy B. McGrath
Clerk of Court

52
Form 210U