United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16213-ref
David Eric Glaser                                                       Chapter 7
Lynn Elizabeth Glaser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 3            Date Rcvd: May 21, 2019
                             Form ID: 309A           Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
```
db/jdb         +David Eric Glaser,    Lynn Elizabeth Glaser,    7495 Camp Meeting Rd.,
                 New Tripoli, PA 18066-3811
tr             +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
                 Doylestown, PA 18901-4872
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13982455       +Advanced Recovery Systems,    PO Box 80766,    Valley Forge, PA 19484-0766
13982456       +American Education Services/PHEAA,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13982458       +Barbara L. Baldo PC,    4620 Kathi Dr.,    Bethlehem, PA 18017-8701
13982461       +Blue Ridge Communications,    241 Lehigh Gap St.,    Walnutport, PA 18088-1239
13982465       +CIT Bank,    PO Box 4045,    Kalamazoo, MI 49003-4045
13989924       +CIT Bank, N.A.,    c/o Udren Law Offices, P.C.,    111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
14022851       +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
13982464       +Cetronia Ambulance,    4300 Broadway,    Allentown, PA 18104-5296
13982466       +Commonwealth of Pennsylvania,    County of Lehigh/Criminal Division,    Lehigh County Courthouse,
                 455 Hamilton St.,    Allentown, PA 18101-1614
13982470       +EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
13982471       +Health Network Laboratories,    PO Box 8500,    Lockbox 9581,    Philadelphia, PA 19178-0001
13982474       +Lehigh Carbon Community College,    C/O Eastern Revenue Inc.,    PO Box 185,
                 Southeastern, PA 19399-0185
13982475       +Lehigh County Authority,    PO Box 3210,    Allentown, PA 18106-0210
13982476        Lehigh County Authority,    P.O.Box 3348,    Allentown, PA 18106-0348
13982477       +Lehigh Valley Center for Sight,    1739 W. Fairmont St.,    Allentown, PA 18104-3117
14101902       +LoanCare, LLC on behalf of CIT Bank, N.A.,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
13982478       +Mohammad K. Khan,    4949 LIberty Lane, Ste 321,    Allentown, PA 18106-9014
13982479       +National General Insurance,    Po Box 3199,    Winston Salem, NC 27102-3199
13982480       +Northern Valley Emergency Medical Svcs,    PO Box 90,    Danville, PA 17821-0090
13982481       +PA Turnpike,    PO Box 67676,    Harrisburg, PA 17106-7676
14003831       +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13982483       +PPL Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
13982482       +Parkland Community Library,    4422 Walbert Avenue,    Allentown, PA 18104-1619
13982484       +Professional Account Management,    PO Box 430,    Milwaukee, WI 53201-0430
13982485       +Progressive Advanced Insurance,    PO Box 31260,    Tampa, FL 33631-3260
13982486       +Progressive Physician Associates,    1736 Hamilton St.,    Allentown, PA 18104-5656
13982487       +RCN,    100 Baltimore Drive,    Wilkes Barre, PA 18702-7955
13982488       +Resurgent Capital Services,    PO Box 510090,    Livonia, MI 48151-6090
13982489       +Reuben Bachman Fuel Oil,    5823 Bachman Rd.,    Germansville, PA 18053-2449
13982490       +Ruth Miller Notary Public,    6158 Rte 309,    Germansville, PA 18053-2157
13982492       +SPS,    PO Box 742536,    Cincinnati, OH 45274-2536
13982493       +St. Luke's Emergency Physician Specialis,    P.O. Box 5386,    Bethlehem, PA 18015-0386
13982494        St. Lukes,    800 Ostrum St.,    Allentown, PA 18105
14027683       +Thomas L. Lightner, Esquire,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
                 Allentown, PA 18103-6021
13982495       +Udren Law Offices P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Sutie 200,
                 Cherry Hill, NJ 08003-3620
13982496       +Verizon,    c/o Trident Asset Management,    53 Perimeter Ctr E 440,    Atlanta, GA 30346-2230
13989441       +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: tlightner@lightnerlaw.com May 22 2019 03:00:17      THOMAS L. LIGHTNER,
                 Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,    Allentown, PA  18103
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2019 03:00:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2019 03:01:09      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 22 2019 03:00:55      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13982457        E-mail/Text: ebn@americollect.com May 22 2019 03:01:00      Americollect,    PO Box 1690,
                 Manitowoc, WI 54221
13982459       +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 22 2019 03:01:49
                 Berks Credit & Collections,    PO Box 329,    Temple, PA 19560-0329
13982460       +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 22 2019 03:01:49
                 Berks Credit Collections,    PO Box 329,    Temple, PA 19560-0329
13982463       +E-mail/Text: compliance@contractcallers.com May 22 2019 03:01:48      CCI,
                 501 Green St. STE 302,    Augusta, GA 30901-4415
```

```
District/off: 0313-4           User: Lisa              Page 2 of 3                Date Rcvd: May 21, 2019
                               Form ID: 309A           Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13982462      +EDI: CAPITALONE.COM May 22 2019 06:48:00      Capital One,   P.O. Box 71083,
               Charlotte, NC 28272-1083
13982468      +EDI: CCS.COM May 22 2019 06:48:00      Credit Collection Services,   725 Canton street,
               Norwood, MA 02062-2679
13982467      +EDI: CCS.COM May 22 2019 06:48:00      Credit Collection Services,   P.O. Box 607,
               Norwood, MA 02062-0607
13982469      +EDI: RCSFNBMARIN.COM May 22 2019 06:48:00      Credit One Bank,   PO Box 60500,
               City of Industry, CA 91716-0500
14127894       EDI: ECMC.COM May 22 2019 06:48:00      ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13982472      +EDI: WFNNB.COM May 22 2019 06:48:00      HSN,   PO Box 659707,   San Antonio, TX 78265-9707
13982473      +EDI: IIC9.COM May 22 2019 06:48:00      IC Systems,   PO Box 64437,   Saint Paul, MN 55164-0437
14051825       EDI: RESURGENT.COM May 22 2019 06:48:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
14011831       EDI: PRA.COM May 22 2019 06:48:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk VA 23541
13983358      +EDI: PRA.COM May 22 2019 06:48:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
14052399       EDI: Q3G.COM May 22 2019 06:48:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
13982491      +EDI: SEARS.COM May 22 2019 06:48:00      Sears,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
13982497      +EDI: VERIZONCOMB.COM May 22 2019 06:48:00      Verizon Wireless,   140 W St.,
               New York, NY 10007-2123
13982498      +EDI: WFFC.COM May 22 2019 06:48:00      Wells Fargo,   PO Box 5058,   Portland, OR 97208-5058
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14027685*     +Thomas L. Lightner, Esquire,   Lightner Law Offices, P.C.,   4652 Hamilton Blvd.,
               Allentown, PA 18103-6021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA   on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
           ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          DAVID  NEEREN    on behalf of Creditor    CIT Bank, N.A. dneeren@udren.com, vbarber@udren.com
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          MORRIS ANTHONY SCOTT    on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
           mscott@udren.com
          REBECCA ANN SOLARZ    on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
           Trust et al... bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com, ecf_frpa@trustee13.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          THOMAS L. LIGHTNER    on behalf of Debtor David Eric Glaser tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Joint Debtor Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4           User: Lisa                    Page 3 of 3                    Date Rcvd: May 21, 2019
                               Form ID: 309A                 Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                              TOTAL: 14

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **David Eric Glaser**<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | xxx–xx–7310<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Lynn Elizabeth Glaser**<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | xxx–xx–0616<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **9/12/17** |
| Case number: | **17–16213–ref** | Date case converted to chapter **7** | **5/16/19** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | David Eric Glaser | Lynn Elizabeth Glaser |
| 2. | **All other names used in the last 8 years** | aka David E. Glaser, aka David Glaser | aka Lynn Glaser, aka Lynn E. Glaser, aka Lynn Kunsman, aka Lynn E. Kunsman, aka Lynn Elizabeth Kunsman, aka Lynn Best |
| 3. | **Address** | 7495 Camp Meeting Rd.<br>New Tripoli, PA 18066 | 7495 Camp Meeting Rd.<br>New Tripoli, PA 18066 |
| 4. | **Debtor's attorney**<br>Name and address | THOMAS L. LIGHTNER<br>Lightner Law Offices, P.C.<br>4652 Hamilton Blvd.<br>Allentown, PA 18103 | Contact phone (610) 530–9300<br><br>Email:  tlightner@lightnerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br><br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 5/21/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 21, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/20/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                       page **2**