**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David Eric Glaser | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Lynn Elizabeth Glaser | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number  17-16213
(if known)

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1  CIT Bank**<br>Creditor's Name | Describe the property that secures the claim: | $165,078.00 | $143,780.00 | $21,298.00 |
| | 7495 Camp Meeting Road New Tripoli, PA 18066  Lehigh County Purchased 2001 for $127,500 Appraisal Value: $158,000 less cost of sale = $143,780.00 | | | |
| **PO Box 4045**<br>**Kalamazoo, MI 49003**<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| Who owes the debt? Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  Mortgage | | | |
| Date debt was incurred  2001 | Last 4 digits of account number  9192 | | | |

| Debtor 1 | David Eric Glaser | | | Case number (if known) | 17-16213 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Lynn Elizabeth Glaser | | | | |
| | First Name | Middle Name | Last Name | | |

### 2.2 Commonwealth of Pennsylvania
Creditor's Name

County of Lehigh/Criminal Division
Lehigh County Courthouse
455 Hamilton St.
Allentown, PA 18101
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 2012

Describe the property that secures the claim:

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Criminal lien/Judgment

**Last 4 digits of account number** 4274

$926.46    $0.00    $926.46

### 2.3 Commonwealth of Pennsylvania
Creditor's Name

County of Lehigh/Criminal Division
Lehigh County Courthouse
455 Hamilton St.
Allentown, PA 18101
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 2012

Describe the property that secures the claim:

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Criminal lien/Judgment

**Last 4 digits of account number** 2965

$1,267.20    $0.00    $1,267.20

Debtor 1  **David Eric Glaser**
         First Name    Middle Name    Last Name

Debtor 2  **Lynn Elizabeth Glaser**
         First Name    Middle Name    Last Name

Case number (if known)  **17-16213**

| 2.4 | Lehigh County Authority | Describe the property that secures the claim: | $1,004.58 | $143,780.00 | $1,004.58 |

Creditor's Name

7495 Camp Meeting Road New Tripoli, PA 18066  Lehigh County  Purchased 2001 for $127,500  Appraisal Value: $158,000 less cost of sale = $143,780.00

P.O. Box 3348
Allentown, PA
18106-0348

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **2014**    Last 4 digits of account number  **1245**

| 2.5 | SPS | Describe the property that secures the claim: | $3,597.00 | $143,780.00 | $3,597.00 |

Creditor's Name

7495 Camp Meeting Road New Tripoli, PA 18066  Lehigh County  Purchased 2001 for $127,500  Appraisal Value: $158,000 less cost of sale = $143,780.00

PO Box 742536
Cincinnati, OH 45274

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Second Mortgage**

Date debt was incurred    Last 4 digits of account number  **9824**

Add the dollar value of your entries in Column A on this page. Write that number here:  **$171,873.24**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$171,873.24**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Loancare**
**PO Box 8068**
**Virginia Beach, VA 23450**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  **3519**

| Debtor 1 | David Eric Glaser | | | Case number (if known) | 17-16213 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Lynn Elizabeth Glaser | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**Udren Law Offices P.C.**
**Woodcrest Corporate Center**
**111 Woodcrest Road, Sutie 200**
**Cherry Hill, NJ 08003**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___