Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David Eric Glaser** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lynn Elizabeth Glaser** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number **17-16213**
(if known)

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Advanced Recovery Systems** | Last 4 digits of account number   **All Accounts** | **$99.70** |
| | Nonpriority Creditor's Name | | |
| | **PO Box 80766** | When was the debt incurred?   **2018** | |
| | **Valley Forge, PA 19484** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ■ No | | |
| | ☐ Yes | ■ Other. Specify   **Medical Bill** | |

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                                   Case number (if known) 17-16213

### 4.2 Affordable Dental Solutions
Nonpriority Creditor's Name
2762 Nazareth Road
Easton, PA 18045
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  8793          $50.00
When was the debt incurred?  2018

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Bill

### 4.3 Allentown Family Foot Care PC
Nonpriority Creditor's Name
2414 Walbert Avenue
Allentown, PA 18104
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  7949          $54.76
When was the debt incurred?  2018

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Bill

### 4.4 American Education Services/PHEAA
Nonpriority Creditor's Name
P.O. Box 2461
Harrisburg, PA 17105
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  1sss          $1,553.00
When was the debt incurred?  2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

Student loan.

### 4.5 American Education Services/PHEAA
Nonpriority Creditor's Name
P.O. Box 2461
Harrisburg, PA 17105
Number Street City State Zip Code

Last 4 digits of account number  xxxx
When was the debt incurred?  2/2017

$1,864.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

Student loan.

### 4.6 Apex Asset Managment
Nonpriority Creditor's Name
PO Box 5407
Lancaster, PA 17601
Number Street City State Zip Code

Last 4 digits of account number  1315
When was the debt incurred?  2013

$30.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Bill

### 4.7 Barbara L. Baldo PC
Nonpriority Creditor's Name
4620 Kathi Dr.
Bethlehem, PA 18017
Number Street City State Zip Code

Last 4 digits of account number  All Accounts
When was the debt incurred?  2016

$250.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Attorney

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                       Case number (if known)  17-16213

| 4.8 | **Berks Credit & Collections** | Last 4 digits of account number | 3824 | $29.00 |

Nonpriority Creditor's Name
PO Box 329
Temple, PA 19560
Number Street City State Zip Code

When was the debt incurred?  9/2016

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical bill.

---

| 4.9 | **Blue Ridge Communications** | Last 4 digits of account number | All Accounts | $800.00 |

Nonpriority Creditor's Name
241 Lehigh Gap St.
Walnutport, PA 18088
Number Street City State Zip Code

When was the debt incurred?  2016

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Utility

---

| 4.10 | **Capital One** | Last 4 digits of account number | All Accounts | $322.00 |

Nonpriority Creditor's Name
P.O. Box 71083
Charlotte, NC 28272
Number Street City State Zip Code

When was the debt incurred?  Pre 2017

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                              Case number (if known)    17-16213

| 4.1 1 | **Cetronia Ambulance** | Last 4 digits of account number | All Accounts | $676.41 |
|---|---|---|---|---|

Nonpriority Creditor's Name
4300 Broadway
Allentown, PA 18104
Number Street City State Zip Code

When was the debt incurred?   2016-2017

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Medical Bill

| 4.1 2 | **Cetronia Ambulance** | Last 4 digits of account number | 2032 | $24.39 |
|---|---|---|---|---|

Nonpriority Creditor's Name
4300 Broadway
Allentown, PA 18104
Number Street City State Zip Code

When was the debt incurred?   2018

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Medical Bill

| 4.1 3 | **Cetronia Ambulance** | Last 4 digits of account number | 2866 | $99.70 |
|---|---|---|---|---|

Nonpriority Creditor's Name
4300 Broadway
Allentown, PA 18104
Number Street City State Zip Code

When was the debt incurred?   2018

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Medical Bill

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                    Case number (if known)  17-16213

### 4.14  Credit One Bank
Nonpriority Creditor's Name
PO Box 60500
City of Industry, CA 91716
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **1232**
When was the debt incurred?  **Pre 2017**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

$1,332.77

### 4.15  Credit One Bank
Nonpriority Creditor's Name
PO Box 98873
Las Vegas, NV 89193
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **4267**
When was the debt incurred?  **2018-2019**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card Purchases**

$500.00

### 4.16  Financial Recoveries
Nonpriority Creditor's Name
PO Box 1388
Mount Laurel, NJ 08054-1388
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number  **All Accounts**
When was the debt incurred?  **2018**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Bill**

$350.00

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                    Case number (if known)  17-16213

### 4.17  Good Shepard Rehabilitation Hospital
Nonpriority Creditor's Name
850 S. 5th Street
Allentown, PA 18103
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  1391                      $32.50
When was the debt incurred?  2019

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Bill

### 4.18  Health Network Laboratories
Nonpriority Creditor's Name
PO Box 8500
Lockbox 9581
Philadelphia, PA 19178
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  All Accounts              $597.62
When was the debt incurred?  2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical

### 4.19  HSN
Nonpriority Creditor's Name
PO Box 659707
San Antonio, TX 78265
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  7250                      $255.00
When was the debt incurred?  2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                                    Case number (if known)  17-16213

### 4.2 0

**Integrative Pain Clinic LLC**
Nonpriority Creditor's Name
1572 McDaniel Drive
West Chester, PA 19380
Number Street City State Zip Code

Last 4 digits of account number  1488
When was the debt incurred?  2019

$85.40

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical Bill

### 4.2 1

**Lehigh Carbon Community College**
Nonpriority Creditor's Name
C/O Eastern Revenue Inc.
PO Box 185
Southeastern, PA 19399
Number Street City State Zip Code

Last 4 digits of account number  All Accounts
When was the debt incurred?  2013

$1,030.00

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Education

### 4.2 2

**Lehigh County Authority**
Nonpriority Creditor's Name
PO Box 3210
Allentown, PA 18106
Number Street City State Zip Code

Last 4 digits of account number  2286
When was the debt incurred?  2017

$1,883.08

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Utility

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                                              Case number (if known)   17-16213

| 4.23 | Lehigh County Authority | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  2286 | $716.43 |
| | 1053 Spruce Road<br>PO Box 3348<br>Allentown, PA 18106 | When was the debt incurred?  2019 | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  Water and Sewer Bill | |

| 4.24 | Lehigh Valley Center for Sight | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  4776 | $40.90 |
| | 1739 W. Fairmont St.<br>Allentown, PA 18104 | When was the debt incurred?  2017 | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  Medical Bill | |

| 4.25 | Lehigh Valley Center for Sight | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  All Accounts | $22.55 |
| | 1739 W. Fairmont St.<br>Allentown, PA 18104 | When was the debt incurred?  2018 | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  Medical Bill | |

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                       Case number (if known)    17-16213

| 4.26 | Lehigh Valley Health Network | Last 4 digits of account number | All Accounts | $2,484.28 |

Nonpriority Creditor's Name
PO Box 781733
Philadelphia, PA 19178
Number Street City State Zip Code

When was the debt incurred?  2018

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Bill

---

| 4.27 | Madden & Jones MD PC | Last 4 digits of account number | All Accounts | $200.00 |

Nonpriority Creditor's Name
802 Jefferson Avenue
Scranton, PA 18510
Number Street City State Zip Code

When was the debt incurred?  2011

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card Purchase

---

| 4.28 | Met-Ed | Last 4 digits of account number | 3992 | $499.07 |

Nonpriority Creditor's Name
P.O. Box 3687
Akron, OH 44309
Number Street City State Zip Code

When was the debt incurred?  2019

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Utility Bill

Debtor 1    David Eric Glaser
Debtor 2    Lynn Elizabeth Glaser                                    Case number (if known)    17-16213

### 4.29 Mohammad K. Khan
Nonpriority Creditor's Name
4949 Liberty Lane, Ste 321
Allentown, PA 18106
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: All Accounts
When was the debt incurred? 2014-2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Medical Bill

Unknown

### 4.30 National General Insurance
Nonpriority Creditor's Name
Po Box 3199
Winston Salem, NC 27102
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: All Accounts
When was the debt incurred? 2015-2016

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Insurance

$200.00

### 4.31 Northern Valley Emergency Medical Svcs
Nonpriority Creditor's Name
PO Box 90
Danville, PA 17821
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: 2712
When was the debt incurred? Pre 2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Medical

$93.09

### 4.3.2 OAA — $40.42

**Nonpriority Creditor's Name**
PO Box 14000
Belfast, ME 04915
*Number Street City State Zip Code*

Last 4 digits of account number: **1453**
When was the debt incurred? **2019**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Bill**

### 4.3.3 PA Turnpike — $111.45

**Nonpriority Creditor's Name**
PO Box 67676
Harrisburg, PA 17106
*Number Street City State Zip Code*

Last 4 digits of account number: **All Accounts**
When was the debt incurred? **2016-2017**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Tolls**

### 4.3.4 PA Turnpike — $450.00

**Nonpriority Creditor's Name**
PO Box 67676
Harrisburg, PA 17106
*Number Street City State Zip Code*

Last 4 digits of account number: **All Accounts**
When was the debt incurred? **2016-2017**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Tolls**

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                    Case number (if known)  17-16213

---

**4.35**

**Parkland Community Library**
Nonpriority Creditor's Name
4422 Walbert Avenue
Allentown, PA 18104
Number Street City State Zip Code

Last 4 digits of account number  All Accounts    $90.00

When was the debt incurred?  Pre 2017

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Fines**

---

**4.36**

**People's First Federal Credit Union**
Nonpriority Creditor's Name
2141 Downflake Lane
Allentown, PA 18103
Number Street City State Zip Code

Last 4 digits of account number  502    $626.96

When was the debt incurred?  2019

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Overdraft Charges**

---

**4.37**

**People's First Federal Credit Union**
Nonpriority Creditor's Name
2141 Downflake Lane
Allentown, PA 18103
Number Street City State Zip Code

Last 4 digits of account number  499    $526.64

When was the debt incurred?  2019

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Overdraft Charges**

---

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser              Case number (if known)  17-16213

### 4.38 PPL Utilities
Nonpriority Creditor's Name
2 North 9th Street
Allentown, PA 18101-1175
Number Street City State Zip Code

Last 4 digits of account number  0154
When was the debt incurred?  2016

**$714.00**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Utilities

### 4.39 Progressive Advanced Insurance
Nonpriority Creditor's Name
PO Box 31260
Tampa, FL 33631
Number Street City State Zip Code

Last 4 digits of account number  5825
When was the debt incurred?  2016-2017

**$76.98**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Car Insurance

### 4.40 Progressive Physician Associates
Nonpriority Creditor's Name
1736 Hamilton St.
Allentown, PA 18104
Number Street City State Zip Code

Last 4 digits of account number  All Accounts
When was the debt incurred?  2016-2017

**$250.00**

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Medical Bill

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                           Case number (if known)  17-16213

### 4.4.1  Progressive Radiologist Services — $17.91

Nonpriority Creditor's Name
PO Box 678398
Dallas, TX 75267

- Last 4 digits of account number: 1884
- When was the debt incurred?: 2018
- Who incurred the debt?: ☒ Debtor 1 and Debtor 2 only
- Is the claim subject to offset?: ☒ No
- Type of NONPRIORITY unsecured claim: ☒ Other. Specify: Medical Bill

### 4.4.2  RCN — $534.18

Nonpriority Creditor's Name
100 Baltimore Drive
Wilkes Barre, PA 18702

- Last 4 digits of account number: 7401
- When was the debt incurred?: 2016
- Who incurred the debt?: ☒ Debtor 2 only
- Is the claim subject to offset?: ☒ No
- Type of NONPRIORITY unsecured claim: ☒ Other. Specify: Utility

### 4.4.3  Receivable Management Group, Inc. — $19.42

Nonpriority Creditor's Name
2901 University Avenue
Suite 29
Columbus, GA 31907

- Last 4 digits of account number: 0X8K
- When was the debt incurred?: 2019
- Who incurred the debt?: ☒ Debtor 1 and Debtor 2 only
- Is the claim subject to offset?: ☒ No
- Type of NONPRIORITY unsecured claim: ☒ Other. Specify: Medical Bill

### 4.4.4 Reuben Bachman Fuel Oil
Nonpriority Creditor's Name
5823 Bachman Rd.
Germansville, PA 18053
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  All accounts

When was the debt incurred?  2016

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Utility

$200.61

### 4.4.5 Ruth Miller Notary Public
Nonpriority Creditor's Name
6158 Rte 309
Germansville, PA 18053
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  All Accounts

When was the debt incurred?  2016

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Notary

$199.00

### 4.4.6 Sears
Nonpriority Creditor's Name
P.O. Box 6282
Sioux Falls, SD 57115
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  4104

When was the debt incurred?  Pre 2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card

$120.00

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                              Case number (if known)  17-16213

### 4.47 St. Luke's Emergency Physician Specialis

Nonpriority Creditor's Name
P.O. Box 5386
Bethlehem, PA 18015
Number Street City State Zip Code

Last 4 digits of account number  2419
When was the debt incurred?  2016

$34.84

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Bill

### 4.48 St. Luke's Hospital

Nonpriority Creditor's Name
801 Ostrum St.
Bethlehem, PA 18015
Number Street City State Zip Code

Last 4 digits of account number  All Accounts
When was the debt incurred?  2018

$900.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Bill

### 4.49 St. Lukes University Health Network

Nonpriority Creditor's Name
PO Box 788187
Philadelphia, PA 19178
Number Street City State Zip Code

Last 4 digits of account number  6662
When was the debt incurred?  2018

$600.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Bill

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                    Case number (if known)  17-16213

---

**4.50**

**Verizon**
Nonpriority Creditor's Name
c/o Trident Asset Management
53 Perimeter Ctr E 440
Atlanta, GA 30346
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____          $317.00

When was the debt incurred?  2015

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Incurred for phone service.

---

**4.51**

**Verizon Wireless**
Nonpriority Creditor's Name
140 W St.
New York, NY 10007
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____          $724.00

When was the debt incurred?  2/2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Incurred for cell phone service.

---

**4.52**

**Wells Fargo**
Nonpriority Creditor's Name
PO Box 5058
Portland, OR 97208
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  3056          $276.61

When was the debt incurred?  2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Bank Fees

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1  David Eric Glaser
Debtor 2  Lynn Elizabeth Glaser                                  Case number (if known)  **17-16213**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Advanced Recovery Systems**<br>PO Box 80766<br>Valley Forge, PA 19484 | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **AFNI**<br>1310 Martin Luther King dr.<br>P.O Box 3517<br>Bloomington, IL 61702-3517 | Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Americollect**<br>PO Box 1690<br>Manitowoc, WI 54221 | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Berks Credit Collections**<br>PO Box 329<br>Temple, PA 19560 | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Berks Credit Collections**<br>PO Box 329<br>Temple, PA 19560 | Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **CCI**<br>501 Green St. STE 302<br>Augusta, GA 30901 | Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Credit Collection Services**<br>P.O. Box 607<br>Norwood, MA 02062 | Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Credit Collection Services**<br>725 Canton street<br>Norwood, MA 02062 | Line **4.52** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **EOS CCA**<br>P.O. Box 981008<br>Boston, MA 02298 | Line **4.51** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **IC Systems**<br>PO Box 64437<br>Saint Paul, MN 55164 | Line **4.42** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Penn Credit**<br>916 S. 14th Street<br>Harrisburg, PA 17104 | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Professional Account Management** | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1 **David Eric Glaser**
Debtor 2 **Lynn Elizabeth Glaser**   Case number (if known) **17-16213**

**PO Box 430**
**Milwaukee, WI 53201**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Resurgent Capital Services** <br> **PO Box 510090** <br> **Livonia, MI 48151** | Line **4.14** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|     |                                                                                  |     | Total Claim |
|-----|----------------------------------------------------------------------------------|-----|-------------|
| 6a. | Domestic support obligations                                                     | 6a. | $ 0.00      |
| 6b. | Taxes and certain other debts you owe the government                             | 6b. | $ 0.00      |
| 6c. | Claims for death or personal injury while you were intoxicated                   | 6c. | $ 0.00      |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here.          | 6d. | $ 0.00      |
| 6e. | **Total Priority.** Add lines 6a through 6d.                                     | 6e. | $ 0.00      |

**Total claims from Part 2**

|     |                                                                                                                    |     | Total Claim |
|-----|--------------------------------------------------------------------------------------------------------------------|-----|-------------|
| 6f. | Student loans                                                                                                      | 6f. | $ 3,417.00  |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims            | 6g. | $ 0.00      |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts                                                  | 6h. | $ 0.00      |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here.                                         | 6i. | $ 19,588.67 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i.                                                                    | 6j. | $ 23,005.67 |