Advanced Recovery Systems
PO Box 80766
Valley Forge, PA 19484


Affordable Dental Solutions
2762 Nazareth Road
Easton, PA 18045


AFNI
1310 Martin Luther King dr.
P.O Box 3517
Bloomington, IL 61702-3517


Allentown Family Foot Care PC
2414 Walbert Avenue
Allentown, PA 18104


American Education Services/PHEAA
P.O. Box 2461
Harrisburg, PA 17105


Americollect
PO Box 1690
Manitowoc, WI 54221


Apex Asset Managment
PO Box 5407
Lancaster, PA 17601


Barbara L. Baldo PC
4620 Kathi Dr.
Bethlehem, PA 18017


Berks Credit & Collections
PO Box 329
Temple, PA 19560

Berks Credit Collections
PO Box 329
Temple, PA 19560


Blue Ridge Communications
241 Lehigh Gap St.
Walnutport, PA 18088


Capital One
P.O. Box 71083
Charlotte, NC 28272


CCI
501 Green St. STE 302
Augusta, GA 30901


Cetronia Ambulance
4300 Broadway
Allentown, PA 18104


CIT Bank
PO Box 4045
Kalamazoo, MI 49003


Commonwealth of Pennsylvania
County of Lehigh/Criminal Division
Lehigh County Courthouse
455 Hamilton St.
Allentown, PA 18101


Credit Collection Services
P.O. Box 607
Norwood, MA 02062


Credit Collection Services
725 Canton street
Norwood, MA 02062

Credit One Bank
PO Box 60500
City of Industry, CA 91716


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


EOS CCA
P.O. Box 981008
Boston, MA 02298


Financial Recoveries
PO Box 1388
Mount Laurel, NJ 08054-1388


Good Shepard Rehabilitation Hospital
850 S. 5th Street
Allentown, PA 18103


Health Network Laboratories
PO Box 8500
Lockbox 9581
Philadelphia, PA 19178


HSN
PO Box 659707
San Antonio, TX 78265


IC Systems
PO Box 64437
Saint Paul, MN 55164


Integrative Pain Clinic LLC
1572 McDaniel Drive
West Chester, PA 19380

```
Lehigh Carbon Community College
C/O Eastern Revenue Inc.
PO Box 185
Southeastern, PA 19399


Lehigh County Authority
PO Box 3210
Allentown, PA 18106


Lehigh County Authority
P.O.Box 3348
Allentown, PA 18106-0348


Lehigh County Authority
1053 Spruce Road
PO Box 3348
Allentown, PA 18106


Lehigh Valley Center for Sight
1739 W. Fairmont St.
Allentown, PA 18104


Lehigh Valley Health Network
PO Box 781733
Philadelphia, PA 19178


Loancare
PO Box 8068
Virginia Beach, VA 23450


Madden & Jones MD PC
802 Jefferson Avenue
Scranton, PA 18510


Met-Ed
P.O. Box 3687
Akron, OH 44309
```

Mohammad K. Khan
4949 LIberty Lane, Ste 321
Allentown, PA 18106


National General Insurance
Po Box 3199
Winston Salem, NC 27102


Northern Valley Emergency Medical Svcs
PO Box 90
Danville, PA 17821


OAA
PO Box 14000
Belfast, ME 04915


PA Turnpike
PO Box 67676
Harrisburg, PA 17106


Parkland Community Library
4422 Walbert Avenue
Allentown, PA 18104


Penn Credit
916 S. 14th Street
Harrisburg, PA 17104


People's First Federal Credit Union
2141 Downflake Lane
Allentown, PA 18103


PPL Utilities
2 North 9th Street
Allentown, PA 18101-1175

```
Professional Account Management
PO Box 430
Milwaukee, WI 53201



Progressive Advanced Insurance
PO Box 31260
Tampa, FL 33631



Progressive Physician Associates
1736 Hamilton St.
Allentown, PA 18104



Progressive Radiologist Services
PO Box 678398
Dallas, TX 75267



RCN
100 Baltimore Drive
Wilkes Barre, PA 18702



Receivable Management Group, Inc.
2901 University Avenue
Suite 29
Columbus, GA 31907



Resurgent Capital Services
PO Box 510090
Livonia, MI 48151



Reuben Bachman Fuel Oil
5823 Bachman Rd.
Germansville, PA 18053



Ruth Miller Notary Public
6158 Rte 309
Germansville, PA 18053
```

Sears
P.O. Box 6282
Sioux Falls, SD 57115


SPS
PO Box 742536
Cincinnati, OH 45274


St. Luke's Emergency Physician Specialis
P.O. Box 5386
Bethlehem, PA 18015


St. Luke's Hospital
801 Ostrum St.
Bethlehem, PA 18015


St. Lukes University Health Network
PO Box 788187
Philadelphia, PA 19178


Udren Law Offices P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Sutie 200
Cherry Hill, NJ 08003


Verizon
c/o Trident Asset Management
53 Perimeter Ctr E 440
Atlanta, GA 30346


Verizon Wireless
140 W St.
New York, NY 10007


Wells Fargo
PO Box 5058
Portland, OR 97208