**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser and Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman<br>                              Debtors<br><br>CIT Bank, N.A., or its Successor or Assignee<br>                              Movant<br>                    vs.<br><br>Michael H. Kaliner, Trustee<br>David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser and Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman<br>                              Respondents | Chapter 7<br>Bankruptcy No. 17-16213-AMC |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

CIT Bank, N.A. or its Successor or Assignee, has filed a Motion for Relief from the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 7495 Camp Meeting Rd, New Tripoli, PA 18066.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 3, 2019 you or your attorney must do all of the following:

> (a)  file an answer explaining your position at
>
> > United States Bankruptcy Court
> > For the Eastern District of Pennsylvania
> > 400 Washington Street
> > Courtroom # 1, 3rd Floor
> > Reading, Pennsylvania 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b)  mail a copy to the Movant's attorney:
>
> > Ann E. Swartz, Esquire
> > McCabe, Weisberg & Conway, LLC
> > 123 S. Broad Street, Suite 1400

      Philadelphia, PA 19109
      Phone: 215-790-1010
      Fax: 215-790-1274

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on July 11, 2019 at 11:00 a.m. in United States Bankruptcy Court, 400 Washington Street, Courtroom # 1, 3rd Floor, Reading, Pennsylvania 19601.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: June 19, 2019