**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser and Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman<br>                        Debtors<br><br>CIT Bank, N.A., or its Successor or Assignee<br>                        Movant<br>            vs.<br><br>Michael H. Kaliner, Trustee<br>David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser and Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman<br>                        Respondents | Chapter 7<br>Bankruptcy No. 17-16213-AMC |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Ann E. Swartz, attorney for CIT Bank, N.A., hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: June 19, 2019

| | | |
|---|---|---|
| David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser<br>7495 Camp Meeting Rd.<br>New Tripoli, PA 18066 | Thomas L. Lightner<br>Lightner Law Offices, P.C.<br>4652 Hamilton Blvd.<br>Allentown, PA 18103 | Michael H. Kaliner<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 |
| Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman<br>7495 Camp Meeting Rd.<br>New Tripoli, PA 18066 | | |

/s/ Ann E. Swartz, Esquire
ANN E. SWARTZ, ESQUIRE, ID # 201926
ALEXANDRA T. GARCIA, ESQUIRE, ID # 307280
Attorney for CIT Bank, N.A.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com