Certificate Number: 13858-PAE-DE-032986527

Bankruptcy Case Number: 17-16213



13858-PAE-DE-032986527

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2019, at 12:55 o'clock PM EDT, Lynn Glaser completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 18, 2019                By:    /s/Edwin G. Calderon

                                    Name:  Edwin G. Calderon

                                    Title: Vice President