**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re David Eric Glaser | : | Chapter 7 |
| Debtor(s) | : | Bankruptcy No. 17-16213 |

NOTICE

To the debtor, debtor's counsel, and all parties in interest:

 NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Jean K. FitzSimon from the calendar of the Honorable Ashely M. Chan.

Dated: July 8th, 2019

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee