UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser and Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman<br>Debtors<br><br>CIT Bank, N.A., or its Successor or Assignee<br>Movant<br>vs.<br><br>Michael H. Kaliner, Trustee<br>David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser and Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman<br>Respondents | Chapter 7<br>Bankruptcy No. 17-16213-JKF |

## ORDER

AND NOW, this 15th day of July, 20 19, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit CIT Bank, N.A., or its Successor or Assignee, to pursue its state court rights with respect to the property located at: 7495 Camp Meeting Rd, New Tripoli, Pennsylvania 18066, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

cc.:
Michael H. Kaliner
Michael H. Kaliner Trustee
350 South Main Street
Suite 105
Doylestown, PA 18901

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Thomas L. Lightner
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser
7495 Camp Meeting Rd.
New Tripoli, PA 18066
Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn

Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman
7495 Camp Meeting Rd.
New Tripoli, PA18066

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107