United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Eric Glaser  
Lynn Elizabeth Glaser  
    Debtors

Case No. 17-16213-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 1     Date Rcvd: Jul 15, 2019  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.
```
db            +David Eric Glaser,    7495 Camp Meeting Rd.,    New Tripoli, PA 18066-3811
jdb          #+Lynn Elizabeth Glaser,    7495 Camp Meeting Rd.,    New Tripoli, PA 18066-3811
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    CIT Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID  NEEREN    on behalf of Creditor    CIT Bank, N.A. dneeren@udren.com,   vbarber@udren.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com
              MICHAEL H KALINER     mhkaliner@gmail.com,    pa35@ecfcbis.com
              Morris ANTHONY Scott    on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
               pabk@logs.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust et al... bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,  ecf_frpa@trustee13.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Debtor David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Joint Debtor Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser and Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman

Debtors

CIT Bank, N.A., or its Successor or Assignee
Movant
vs.

Michael H. Kaliner, Trustee
David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser and Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman

Respondents

Chapter 7
Bankruptcy No. 17-16213-JKF

## ORDER

AND NOW, this 15th day of July, 20 19, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit CIT Bank, N.A., or its Successor or Assignee, to pursue its state court rights with respect to the property located at: 7495 Camp Meeting Rd, New Tripoli, Pennsylvania 18066, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

cc.:
Michael H. Kaliner
Michael H. Kaliner Trustee
350 South Main Street
Suite 105
Doylestown, PA 18901

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Thomas L. Lightner
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

David Eric Glaser a/k/a David E. Glaser a/k/a David Glaser
7495 Camp Meeting Rd.
New Tripoli, PA 18066
Lynn Elizabeth Glaser a/k/a Lynn E. Glaser a/k/a Lynn Glaser a/k/a Lynn Kunsman a/k/a Lynn

Elizabeth Kunsman a/k/a Lynn Best a/k/a Lynn E. Kunsman
7495 Camp Meeting Rd.
New Tripoli, PA 18066

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107