United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-16213-jkf
David Eric Glaser                                                                   Chapter 7
Lynn Elizabeth Glaser
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP              Page 1 of 3              Date Rcvd: Aug 26, 2019
                              Form ID: 318             Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
```
db              +David Eric Glaser,    7495 Camp Meeting Rd.,    New Tripoli, PA 18066-3811
jdb            #+Lynn Elizabeth Glaser,    7495 Camp Meeting Rd.,    New Tripoli, PA 18066-3811
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13982455        +Advanced Recovery Systems,    PO Box 80766,    Valley Forge, PA 19484-0766
14336180        +Affordable Dental Solutions,    2762 Nazareth Road,    Easton, PA 18045-2717
14336182        +Allentown Family Foot Care PC,    2414 Walbert Avenue,    Allentown, PA 18104-1326
13982456        +American Education Services/PHEAA,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14336183        +Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
13982458        +Barbara L. Baldo PC,    4620 Kathi Dr.,    Bethlehem, PA 18017-8701
13982461        +Blue Ridge Communications,    241 Lehigh Gap St.,    Walnutport, PA 18088-1239
13982465        +CIT Bank,    PO Box 4045,    Kalamazoo, MI 49003-4045
13989924        +CIT Bank, N.A.,    c/o Udren Law Offices, P.C.,    111 Woodcrest Road,
                  Cherry Hill, NJ 08003-3620
14022851        +CIT Bank, N.A., fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                  Addison, Texas 75001-9013
13982464        +Cetronia Ambulance,    4300 Broadway,    Allentown, PA 18104-5296
13982466        +Commonwealth of Pennsylvania,    County of Lehigh/Criminal Division,    Lehigh County Courthouse,
                  455 Hamilton St.,    Allentown, PA 18101-1614
13982470        +EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
14336205        +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
14336206        +Good Shepard Rehabilitation Hospital,    850 S. 5th Street,    Allentown, PA 18103-3308
13982471        +Health Network Laboratories,    PO Box 8500,    Lockbox 9581,    Philadelphia, PA 19178-0001
14336207        +Integrative Pain Clinic LLC,    1572 McDaniel Drive,    West Chester, PA 19380-6673
13982474        +Lehigh Carbon Community College,    C/O Eastern Revenue Inc.,    PO Box 185,
                  Southeastern, PA 19399-0185
14336208        +Lehigh County Authority,    1053 Spruce Road,    PO Box 3348,    Allentown, PA 18106-0348
13982476         Lehigh County Authority,    P.O.Box 3348,    Allentown, PA 18106-0348
13982475        +Lehigh County Authority,    PO Box 3210,    Allentown, PA 18106-0210
13982477        +Lehigh Valley Center for Sight,    1739 W. Fairmont St.,    Allentown, PA 18104-3117
14336209        +Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
14101902        +LoanCare, LLC on behalf of CIT Bank, N.A.,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14336210        +Loancare,    PO Box 8068,    Virgina Beach, VA 23450-8068
14336745        +Loancare,    PO Box 8068,    Virginia Beach, VA 23450-8068
14336211        +Madden & Jones MD PC,    802 Jefferson Avenue,    Scranton, PA 18510-1038
14336213        +Met-Ed,    PO Box 3687,    Akron, OH 44309-3687
13982478        +Mohammad K. Khan,    4949 LIberty Lane, Ste 321,    Allentown, PA 18106-9014
13982479        +National General Insurance,    Po Box 3199,    Winston Salem, NC 27102-3199
13982480        +Northern Valley Emergency Medical Svcs,    PO Box 90,    Danville, PA 17821-0090
14336214        +OAA,    PO Box 14000,    Belfast, ME 04915-4033
13982481        +PA Turnpike,    PO Box 67676,    Harrisburg, PA 17106-7676
14336216       ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                 (address filed with court: People's First Federal Credit Union,     2141 Downflake Lane,
                  Allentown, PA 18103)
14003831        +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13982483        +PPL Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
13982482        +Parkland Community Library,    4422 Walbert Avenue,    Allentown, PA 18104-1619
13982484        +Professional Account Management,    PO Box 430,    Milwaukee, WI 53201-0430
13982485        +Progressive Advanced Insurance,    PO Box 31260,    Tampa, FL 33631-3260
13982486        +Progressive Physician Associates,    1736 Hamilton St.,    Allentown, PA 18104-5656
14336217        +Progressive Radiologist Services,    PO Box 678398,    Dallas, TX 75267-8398
13982487        +RCN,    100 Baltimore Drive,    Wilkes Barre, PA 18702-7955
14336218        +Receivable Management Group, Inc.,    2901 University Avenue,    Suite 29,
                  Columbus, GA 31907-7601
13982488        +Resurgent Capital Services,    PO Box 510090,    Livonia, MI 48151-6090
13982489        +Reuben Bachman Fuel Oil,    5823 Bachman Rd.,    Germansville, PA 18053-2449
13982490        +Ruth Miller Notary Public,    6158 Rte 309,    Germansville, PA 18053-2157
13982492        +SPS,    PO Box 742536,    Cincinnati, OH 45274-2536
13982493        +St. Luke's Emergency Physician Specialis,    P.O. Box 5386,    Bethlehem, PA 18015-0386
13982494         St. Lukes,    800 Ostrum St.,    Allentown, PA 18105
14336220        +St. Lukes University Health Network,    PO Box 788187,    Philadelphia, PA 19178-8187
14336219        +St.Luke's Hospital,    801 Ostrum Street,    Bethlehem, PA 18015-1065
14027683        +Thomas L. Lightner, Esquire,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
                  Allentown, PA 18103-6021
13982495        +Udren Law Offices P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Sutie 200,
                  Cherry Hill, NJ 08003-3620
13982496        +Verizon,    c/o Trident Asset Management,    53 Perimeter Ctr E 440,    Atlanta, GA 30346-2230
13989441        +Wilmington Savings Fund Society,FSB Trustee(See410,    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

```
District/off: 0313-4           User: PaulP                 Page 2 of 3                   Date Rcvd: Aug 26, 2019
                               Form ID: 318                Total Noticed: 84
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2019 03:03:39
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2019 03:03:47     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14336181        EDI: AFNIRECOVERY.COM Aug 27 2019 06:58:00      AFNI,   1310 Martin Luther King Dr.,
                PO Box 3517,   Bloomington, IL 61702-3517
13982457        E-mail/Text: ebn@americollect.com Aug 27 2019 03:03:44      Americollect,   PO Box 1690,
                Manitowoc, WI 54221
13982459       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 27 2019 03:03:58
                Berks Credit & Collections,   PO Box 329,   Temple, PA 19560-0329
13982460       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 27 2019 03:03:58
                Berks Credit Collections,   PO Box 329,   Temple, PA 19560-0329
13982463       +E-mail/Text: compliance@contractcallers.com Aug 27 2019 03:03:57      CCI,
                501 Green St. STE 302,   Augusta, GA 30901-4415
13982462       +EDI: CAPITALONE.COM Aug 27 2019 06:58:00      Capital One,   P.O. Box 71083,
                Charlotte, NC 28272-1083
13982468       +EDI: CCS.COM Aug 27 2019 06:58:00      Credit Collection Services,   725 Canton street,
                Norwood, MA 02062-2679
13982467       +EDI: CCS.COM Aug 27 2019 06:58:00      Credit Collection Services,   P.O. Box 607,
                Norwood, MA 02062-0607
14336753       +EDI: RCSFNBMARIN.COM Aug 27 2019 06:58:00      Credit One Bank,   PO Box 98873,
                Las Vegas, NV 89193-8873
13982469       +EDI: RCSFNBMARIN.COM Aug 27 2019 06:58:00      Credit One Bank,   PO Box 60500,
                City of Industry, CA 91716-0500
14127894        EDI: ECMC.COM Aug 27 2019 06:58:00      ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13982472       +EDI: WFNNB.COM Aug 27 2019 06:58:00      HSN,   PO Box 659707,   San Antonio, TX 78265-9707
13982473       +EDI: IIC9.COM Aug 27 2019 06:58:00      IC Systems,   PO Box 64437,   Saint Paul, MN 55164-0437
14051825        EDI: RESURGENT.COM Aug 27 2019 06:58:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
14011831        EDI: PRA.COM Aug 27 2019 06:58:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
13983358       +EDI: PRA.COM Aug 27 2019 06:58:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14052399        EDI: Q3G.COM Aug 27 2019 06:58:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
13982491       +EDI: SEARS.COM Aug 27 2019 06:58:00      Sears,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
13982497       +EDI: VERIZONCOMB.COM Aug 27 2019 06:58:00      Verizon Wireless,   140 W St.,
                New York, NY 10007-2123
13982498       +EDI: WFFC.COM Aug 27 2019 06:58:00      Wells Fargo,   PO Box 5058,   Portland, OR 97208-5058
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14336770*       AFNI,   1310 Martin Luther King Dr.,   PO Box 3517,   Bloomington, IL 61702-3517
14336747*      +Advanced Recovery Systems,   PO Box 80766,   Valley Forge, PA 19484-0766
14336748*      +Affordable Dental Solutions,   2762 Nazareth Road,   Easton, PA 18045-2717
14336749*      +Allentown Family Foot Care PC,   2414 Walbert Avenue,   Allentown, PA 18104-1326
14336750*      +Apex Asset management,   PO Box 5407,   Lancaster, PA 17606-5407
14336751*      +Cetronia Ambulance,   4300 Broadway,   Allentown, PA 18104-5296
14336752*      +Cetronia Ambulance,   4300 Broadway,   Allentown, PA 18104-5296
14336754*      +Financial Recoveries,   PO Box 1388,   Mount Laurel, NJ 08054-7388
14336755*      +Good Shepard Rehabilitation Hospital,   850 S. 5th Street,   Allentown, PA 18103-3308
14336756*      +Integrative Pain Clinic LLC,   1572 McDaniel Drive,   West Chester, PA 19380-6673
14336759*      +Lehigh County Authority,   1053 Spruce Road,   PO Box 3348,   Allentown, PA 18106-0348
14336760*      +Lehigh Valley Center for Sight,   1739 W. Fairmont St.,   Allentown, PA 18104-3117
14336761*      +Lehigh Valley Health Network,   PO Box 781733,   Philadelphia, PA 19178-1733
14336762*      +Madden & Jones MD PC,   802 Jefferson Avenue,   Scranton, PA 18510-1038
14336763*      +Met-Ed,   PO Box 3687,   Akron, OH 44309-3687
14336764*      +OAA,   PO Box 14000,   Belfast, ME 04915-4033
14336765*     ++PEOPLE FIRST FEDERAL CREDIT UNION,   2141 DOWNYFLAKE LN,   ALLENTOWN PA 18103-4799
                (address filed with court: People's First Federal Credit Union,   2141 Downflake Lane,
                Allentown, PA 18103)
14336766*     ++PEOPLE FIRST FEDERAL CREDIT UNION,   2141 DOWNYFLAKE LN,   ALLENTOWN PA 18103-4799
                (address filed with court: People's First Federal Credit Union,   2141 Downflake Lane,
                Allentown, PA 18103)
14336774*      +PPL Utilities,   2 North 9th Street,   Allentown, PA 18101-1179
14336771*      +Penn Credit,   916 S. 14th Street,   Harrisburg, PA 17104-3425
14336767*      +Progressive Radiologist Services,   PO Box 678398,   Dallas, TX 75267-8398
14336768*      +Receivable Management Group, Inc.,   2901 University Avenue,   Suite 29,
                Columbus, GA 31907-7601
14336769*      +St. Lukes University Health Network,   PO Box 788187,   Philadelphia, PA 19178-8187
14027685*      +Thomas L. Lightner, Esquire,   Lightner Law Offices, P.C.,   4652 Hamilton Blvd.,
                Allentown, PA 18103-6021
```

```
District/off: 0313-4          User: PaulP              Page 3 of 3              Date Rcvd: Aug 26, 2019
                              Form ID: 318             Total Noticed: 84
```

14336215     ##+Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425

                                                                                TOTALS: 0, * 24, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    CIT Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID  NEEREN    on behalf of Creditor    CIT Bank, N.A. dneeren@udren.com,    vbarber@udren.com
              MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com
              Morris ANTHONY Scott    on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
               pabk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust et al... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,    ecf_frpa@trustee13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              THOMAS L. LIGHTNER    on behalf of Debtor David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Joint Debtor Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **David Eric Glaser**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−7310**<br>EIN   _ _−_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | **Lynn Elizabeth Glaser**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−0616**<br>EIN   _ _−_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | |
| Case number:   **17−16213−jkf** | | | |

# Order of Discharge                                                                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Eric Glaser
aka David E. Glaser, aka David Glaser

Lynn Elizabeth Glaser
aka Lynn Glaser, aka Lynn E. Glaser, aka Lynn Kunsman, aka Lynn E. Kunsman, aka Lynn Elizabeth Kunsman, aka Lynn Best

<u>8/26/19</u>

**By the court:**   <u>Jean K. FitzSimon</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     **Order of Discharge**     page 2