United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16213-jkf
David Eric Glaser                                                     Chapter 7
Lynn Elizabeth Glaser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP          Page 1 of 1          Date Rcvd: Sep 03, 2019
                              Form ID: 195         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db              +David Eric Glaser,    7495 Camp Meeting Rd.,    New Tripoli, PA 18066-3811
jdb            #+Lynn Elizabeth Glaser,    7495 Camp Meeting Rd.,    New Tripoli, PA 18066-3811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
           ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    CIT Bank, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          DAVID  NEEREN   on behalf of Creditor    CIT Bank, N.A. dneeren@udren.com,  vbarber@udren.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          Morris ANTHONY Scott    on behalf of Creditor    LoanCare, LLC on behalf of CIT Bank, N.A.
           pabk@logs.com
          REBECCA ANN SOLARZ    on behalf of Plaintiff David Eric Glaser bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Plaintiff Lynn Elizabeth Glaser bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
           Trust et al... bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          THOMAS L. LIGHTNER    on behalf of Plaintiff David Eric Glaser tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Plaintiff Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Debtor David Eric Glaser tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Joint Debtor Lynn Elizabeth Glaser tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 7

David Eric Glaser and Lynn Elizabeth Glaser                     : Case No. 17–16213–jkf
       Debtor(s)

### *ORDER*

_____

AND NOW, this day , September 3, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                        By The Court

                                        Jean K. FitzSimon
                                        Judge , United States Bankruptcy Court